1   ROBERT L. DELL ANGELO (State Bar No. 160409)
    robert.dellangelo@mto.com
2   ADAM I. KAPLAN (State Bar No. 268182)
    adam.kaplan@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, Thirty-Fifth Floor
4   Los Angeles, California 90071-1560
    Telephone:     (213) 683-9100
5   Facsimile:     (213) 687-3702

6   Attorneys for Defendant Avalanche
    Biotechnologies, Inc.

7

                        UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA

9   JOE HUANG, INDIVIDUALLY AND ON          Case No. 3:15-cv-03185-SC
    BEHALF OF ALL OTHERS SIMILARLY
10  SITUATED,                               **JOINT STIPULATION AND
                                            ~~PROPOSED~~ ORDER
11              Plaintiffs,                 CONSOLIDATING RELATED
                                            ACTIONS; SETTING THE TIME FOR
12      vs.                                 DEFENDANTS' RESPONSE TO
                                            PLAINTIFFS' CONSOLIDATED
13  AVALANCHE BIOTECHNOLOGIES, INC.,        COMPLAINT AND ANY RELATED
    THOMAS W. CHALBERG, JR., AND LINDA C.   BRIEFING; AND STAYING
14  BAIN,                                   DISCOVERY AND OTHER
                                            ACTIVITIES**
15              Defendants.

16  JEFFREY GALERMAN, Individually and on   Case No. 3:15-cv-03231-BLF
    Behalf of All Others Similarly Situated,
17
                Plaintiffs,
18
        vs.
19
    AVALANCHE BIOTECHNOLOGIES, INC.,
20  THOMAS W. CHALBERG, JR., and LINDA
    C. BAIN,
21
                Defendants.
22  MARK MONDANARO, Individually and on     Case No. 3:15-cv-03281-RMW
    Behalf of All Others Similarly Situated,
23
                Plaintiffs,
24
        vs.
25
    AVALANCHE BIOTECHNOLOGIES, INC.,
26  THOMAS W. CHALBERG, JR., and LINDA C.
    BAIN,
27
                Defendants.
28

Pursuant to Fed. R. Civ. P. 16, Civil L.R. 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

### CONSOLIDATION OF RELATED CASES

1. The actions listed on Exhibit A are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. 15-cv-03185-SC for pretrial proceedings before this Court. The consolidated action shall be captioned: *In re Avalanche Biotechnologies Securities Litigation*.

2. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. Any party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 7, *infra*.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

### MASTER DOCKET AND CAPTION

4. The docket in Civil Action No. 15-cv-03185-SC shall constitute the Master Docket for this action.

5. Every pleading filed in the consolidated action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In re AVALANCHE BIOTECHNOLOGIES SECURITIES, LITIGATION | Master File No. |
|---|---|
| | 15-cv-03185-SC |
| | |
| This Document Relates To: | CLASS ACTION |

6.      The file in Civil Action No. 15-cv-03185-SC shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "Civil Action No. 15-cv-03185-SC (Huang)").

7.      The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District.  If the Court determines that the case is related, the clerk shall:

    (a)     place a copy of this Order in the separate file for such action;

    (b)     serve on plaintiff's counsel in the new case a copy of this Order;

    (c)     direct that this Order be served upon defendants in the new case; and

    (d)     make the appropriate entry in the Master Docket.

### **LEAD PLAINTIFF'S COUNSEL**

8.      After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court. Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel.

9.      Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel.  Such agreements shall be binding on all plaintiffs.

1

**<u>PLEADINGS, MOTIONS, AND OTHER ACTIVITIES</u>**

2       10.      Defendants are not required to respond to the complaints filed in any action

3  consolidated into this action, other than a consolidated complaint or a complaint designated as the

4  operative complaint by the Lead Plaintiff.

5       11.      Lead Plaintiff shall file a consolidated complaint within sixty (60) days after the

6  order designating the Lead Plaintiff is entered, unless otherwise agreed upon by the parties.  The

7  consolidated complaint shall be the operative complaint and shall supersede all complaints filed in

8  any of the actions consolidated herein.

9       12.      Defendants shall respond to the consolidated complaint within sixty (60) days after

10  service, unless otherwise agreed upon by the parties.  If defendants file any motions directed at the

11  consolidated complaint, the opposition and reply briefs shall be filed within forty-five (45) days

12  and seventy-five (75) days, respectively, of that response, unless otherwise agreed upon by the

13  parties.

14       13.      Apart from any briefing relating to the selection of the lead plaintiff and lead

15  plaintiff's counsel, all discovery and other activities shall be stayed until after Defendants respond

16  to the consolidated complaint and after any briefing related to Defendants' response to the

17  consolidated complaint, unless otherwise agreed upon by the parties or ordered by the Court.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT STIPULATION AND PROPOSED ORDER

1    DATED:  September 2, 2015      Respectfully submitted,

2                                        MUNGER, TOLLES & OLSON LLP

3

4

5                                  By:       */s/ Adam I. Kaplan*

                                            Robert L. Dell Angelo (SBN 160409)

6                                             Adam I. Kaplan (SBN 268182)

                                            355 South Grand Avenue, 35th Floor

7                                             Los Angeles, California 90071-1560

                                            Telephone: (213) 683-9100

8                                             Facsimile: (213) 687-3702

                                            robert.dellangelo@mto.com

9                                             adam.kaplan@mto.com

10

                                            *Attorneys for Defendant Avalanche*

11                                             *Biotechnologies, Inc.*

12

13    DATED:  September 2, 2015      THE ROSEN LAW FIRM, P.A.

14

15

16                                  By:       */s/ Laurence M. Rosen*

                                            Laurence M. Rosen, Esq. (SBN 219683)

17                                             355 S. Grand Avenue, Suite 2450

                                            Los Angeles, CA 90071

18                                             Telephone: (213) 785-2610

                                            Facsimile: (213) 226-4684

19                                             Email: lrosen@rosenlegal.com

20                                             *Attorneys for Plaintiff Joe Huang*

21

22

23

24

25

26

27

28

1  DATED:  September 2, 2015          GLANCY PRONGAY & MURRAY LLP

2

3
                                       By:        /s/ Robert V. Prongay
4                                           Lionel Z. Glancy (SBN 134180)
                                            Robert V. Prongay (SBN 270796)
5                                           Casey E. Sadler (SBN 274241)
                                            1925 Century Park East, Suite 2100
6                                           Los Angeles, CA 90067
                                            Telephone: (310) 201-9150
7                                           Facsimile: (310) 201-9160
                                            Email: rprongay@glancylaw.com
8

9                                           *Attorneys for Plaintiff Mark Mondanaro*

10  DATED:  September 2, 2015          POMERANTZ LLP

11

12
                                       By:        /s/ Jennifer Pafiti
13                                          Jennifer Pafiti (SBN 282790)
                                            468 North Camden Drive
14                                          Beverly Hills, CA 90210
                                            Telephone: (310) 285-5330
15                                          E-mail: jpafiti@pomlaw.com
16
                                            POMERANTZ LLP
17                                          Jeremy A. Lieberman (Pro Hac Vice)
                                            J. Alexander Hood II  (Pro Hac Vice)
18                                          Marc Gorrie
                                            600 Third Avenue, 20th Floor
19                                          New York, New York 10016
                                            Telephone: 212-661-1100
20                                          Facsimile: 212-661-8665
                                            E-mail:   jalieberman@pomlaw.com
21                                                     ahood@pomlaw.com
                                                       mgorrie@pomlaw.com
22

23
                                            POMERANTZ LLP
24                                          Patrick V. Dahlstrom
                                            10 South La Salle Street, Suite 3505
25                                          Chicago, Illinois 60603
                                            Telephone: (312) 377-1181
26                                          Facsimile: (312) 377-1184
                                            E-mail: pdahlstrom@pomlaw.com
27

28                                          *Attorneys for Plaintiff Jeffrey Galerman*

**<u>Filer's Attestation</u>**

    I, Adam I. Kaplan, am the ECF user whose identification and password are being used to
file this JOINT STIPULATION AND PROPOSED ORDER.   I hereby attest that the other above-
named signatories concur in this filing.


DATED:  September 2, 2015          By:   _____*/s/ Adam I. Kaplan*_____
                                          ADAM I. KAPLAN




THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED:  <u>09/22/2015</u>


                                   _____
                                   United States District Judge

# EXHIBIT A

## Exhibit A

1.    *Joe Huang, Individually and on Behalf of All Others Similarly Situated, v. Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Jr., And Linda C. Bain*, Case No. 3:15-cv-03185-SC (filed July 9, 2015)

2.    *Jeffrey Galerman, Individually and on Behalf of All Others Similarly Situated, v. Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Jr., And Linda C. Bain*, Case No. 3:15-cv-03231-BLF (filed July 13, 2015)

3.    *Mark Mondanaro, Individually and on Behalf of All Others Similarly Situated, v. Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Jr., And Linda C. Bain*, Case No. Case No. 3:15-cv-03281-RMW (filed July 14, 2015)