# EXHIBIT F

12/2/2016     ANZCTR - Registration



CREATE ACCOUNT    LOGIN

 **DEFINITIONS**     **HINTS AND TIPS**     **FAQs**     **REGISTER TRIAL**     **MY TRIALS**

# Trial Review

< BACK

## Trial from ClinicalTrials.gov

For full trial details, please see the original record at https://clinicaltrials.gov/show/NCT01494805

| | |
|---|---|
| **Trial ID** | NCT01494805 |
| **Ethics application status** | |
| **Date submitted** | 14/12/2011 |
| **Date registered** | 14/12/2011 |

### Titles & IDs

| | |
|---|---|
| **Public title** | A Phase I/II Controlled Dose-escalating Trial to Establish the Baseline Safety and Efficacy of a Single Subretinal Injection of rAAV.sFlt-1 Into Eyes of Patients With Exudative Age-related Macular Degeneration (AMD) |
| **Scientific title** | Safety and Efficacy Study of rAAV.sFlt-1 in Patients With Exudative Age-Related Macular Degeneration |

# EXHIBIT F

| | |
|---|---|
| **Secondary ID [1]** | 2008-135 |
| **Universal Trial Number (UTN)** | |
| **Trial acronym** | AMD |
| **Linked study record** | |

## Health condition

**Health condition(s) or problem(s) studied:**

| **Condition category** | **Condition code** |
|---|---|
| Macular Degeneration | |
| Age-related Maculopathies | |
| Age-related Maculopathy | |
| Maculopathies,Age-related | |
| Maculopathy,Age-related | |
| Retinal Degeneration | |
| Retinal Neovascularization | |
| Eye Diseases | |

## Intervention/exposure

| | |
|---|---|
| **Study type** | Interventional |
| **Patient registry** | |
| **Target follow-up duration** | |
| **Target follow-up type** | |
| **Description of intervention(s) / exposure** | A new treatment for exudative age-related macular degeneration (wet AMD) is being investigated. The purpose of this Phase I/II clinical research study is to examine the baseline safety and efficacy of an experimental study drug to treat a complication of the disease which leads to vision loss. The name of the study drug is rAAV.sFlt-1.<br><br>This experimental study uses a non-pathogenic virus to express a therapeutic protein within the eye. The therapeutic diminishes the growth of abnormal blood vessels under the retina. The duration of effect is thought to be long-term (years) following a single administration. |

# EXHIBIT F

The clinical research study will look at the baseline safety and efficacy of a single injection of rAAV.sFlt-1 injected directly into the eye.

Approximately forty (40) subjects will participate in Australia. The primary endpoint of the study is at one month, with extended follow up for 3 years.
Allocation: Randomized, Endpoint Classification: Safety/Efficacy Study, Intervention Model: Parallel Assignment, Masking: Single Blind (Outcomes Assessor), Primary Purpose: Treatment

| | |
|---|---|
| **Intervention code [1]** | Biological - rAAV.sFlt-1 |
| **Intervention code [2]** | Biological - rAAV.sFlt-1 |
| **Intervention code [3]** | Other - Control (ranibizumab alone) |
| **Comparator / control treatment** | |
| **Control group** | |

## Outcomes

| | |
|---|---|
| **Primary outcome [1]** | No sign of unresolved ophthalmic complications, toxicity or systemic complications as measured by laboratory tests from 1 month post injection |
| *Timepoint [1]* | Primary endpoint at 1 month |
| **Secondary outcome [1]** | Maintenance or improvement of vision without the necessity of ranibizumab re-injections |
| *Timepoint [1]* | Up to 3 years |

## Eligibility

| | |
|---|---|
| **Key inclusion criteria** | Inclusion Criteria:<br><br>- Age greater than or equal to 55 years;<br><br>- Subfoveal CNV secondary to AMD and with best corrected visual acuity of 3/60 - 6/9 with 6/60 or better in the other eye;<br><br>- Fluorescein angiogram of the study eye must show evidence of a leaking subfoveal choroidal neovascular lesion, or CNV currently under active management with anti-VEGF therapy; |

# EXHIBIT F

- Must be a candidate for anti-VEGF intravitreal injections;

- No previous retinal treatment of photodynamic therapy or laser;

- Able to provide informed consent;

- Able to comply with protocol requirements, including follow-up visits.

| | |
|---|---|
| **Minimum age** | 55 Years |
| **Maximum age** | N/A |
| **Gender** | Both |
| **Can healthy volunteers participate?** | No |
| **Key exclusion criteria** | Exclusion Criteria: <br><br> - Liver enzymes > 2 X upper limit of normal; <br><br> - Any prior treatment for AMD in the study / control eye, excluding anti-VEGF injections; <br><br> - Extensive sub-foveal scarring, extensive geographic atrophy, or thick subretinal blood in the study eye as determined by the investigator; <br><br> - Significant retinal disease other than sub-foveal CNV AMD; |

## Study design

**Purpose**

**Duration**

**Selection**

**Timing**

**Statistical methods / analysis**

## Recruitment

# EXHIBIT F

| | |
|---|---|
| **Recruitment status** | Active, not recruiting |
| **Data analysis** | |
| **Reason for early stopping/withdrawal** | |
| **Other reasons** | |
| **Anticipated date of first participant enrolment** | |
| **Actual date of first participant enrolment** | 31/12/2011 |
| **Anticipated date last participant enrolled** | |
| **Actual date last participant enrolled** | |
| **Anticipated date of last data collection** | |
| **Actual date of last data collection** | |
| **Target sample size** | 40 |
| **Actual sample size** | |

**Recruitment in Australia**

| | |
|---|---|
| **Recruitment state(s)** | WA |
| **Recruitment hospital [1]** | Lions Eye Institute - Nedlands - 6009 |

## Funding & Sponsors

| | |
|---|---|
| **Primary sponsor type** | Other |
| **Name** | Lions Eye Institute, Perth, Western Australia |
| **Address** | |
| **Country** | |
| **Secondary sponsor category [1]** | Industry |
| **Name [1]** | Avalanche Biotechnologies, Inc. |

# EXHIBIT F

**Address [1]**

**Country [1]**

## Ethics approval

**Ethics application status**

## Summary

| | |
|---|---|
| **Brief summary** | The study will involve approximately 40 subjects aged 55 or above who have exudative age-related macular degeneration (wet AMD). Patients will be randomized to receive one of two doses of rAAV.sFlt-1 or assigned to the control group. |
| **Trial website** | https://clinicaltrials.gov/show/NCT01494805 |
| **Trial related presentations / publications** | |
| **Public notes** | |

## Contacts

**Principal investigator**

**Contact person for public queries**

**Contact person for scientific queries**

< BACK

# EXHIBIT F

12/2/2016 ANZCTR - Registration

**ANZCTR**

Home
About us
Statistics
Useful links
News
Contact
Privacy
Terms and conditions

**Register a trial**

Create account
Login
How to register a trial
How to update a trial
Data item definitions
Hints and tips
FAQs

**Search for a trial**

Find a trial
How to search
How to get involved

**Major funders**

Privacy | Disclaimer
Web design by G Squared

Copyright © Australian New Zealand Clinical Trials Registry. All rights reserved.