EXHIBIT G

# American Society of Gene & Cell Therapy

# Final Program Addendum

as of May 3, 2012



# ASGCT 15th Annual Meeting
# May 16 – 19, 2012
# Philadelphia, PA, USA

# EXHIBIT G

Table of Contents

Changes and Additional Updates to Program..............2

Committee Meeting Change........................................6

Exhibitor Name Change .............................................6

Supporter Update ......................................................6

Poster Withdrawals ....................................................7

Late Abstracts ............................................................8

Late Abstracts Author Index ........................................65



**ASGCT Executive Office**
555 East Wells Street ● Suite 1100
Milwaukee, WI 53202 USA
414.278.1341 – phone ● 414.276.3349 – fax
info@asgct.org ● www.asgct.org

# EXHIBIT G

## Late Abstracts

**800.    The First Report on a rAAV.sFlt-1 Phase I/II Trial for Wet Age-Related Macular Degeneration (AMD)**

EP Rakoczy[1], CM Lai[1], C Pierce[2], A Magno[2], D Dismuke[3], J Grieger[3], RJ Samulski[3], TW Chalberg[4], SD Schwartz[5], MS Blumenkranz[6], IJ Constable[1]

[1]Centre for Ophthalmology and Visual Sciences, The University of Western Australia, Crawley, Australia; [2]Lions Eye Institute, Nedlands, Australia; [3]Department of Pharmacology and Gene Therapy Centre, University of North Carolina, Chapel Hill, NC, USA; [4]Avalanche Biotechnologies, San Francisco, CA, USA; [5]UCLA Jules Stein Eye Institute, Los Angeles, CA, USA; [6]Stanford University, School of Medicine, Stanford, CA, USA

The standard of care in treating wet AMD involves frequent intraocular injection of recombinant anti-VEGF proteins every 4-8 weeks. We developed a rAAV construct for a potent (Kd ~10 pM), naturally occurring anti-VEGF protein, soluble Fms-related tyrosine kinase-1 (sFlt-1), for the treatment of wet AMD. rAAV.sFlt-1 was produced in accordance with FDA and ICH guidelines at the UNC Vector Core Human Application Laboratory. Here we report on three patients who received rAAV.sFlt-1 in January 2012. The three enrolled subjects (mean age 77 years) all had active subfoveal choroidal neovascularization, with visual acuity of 20/80 to 20/400, and had previously received multiple intravitreal injections of ranibizumab. A final injection of ranibizumab was given at baseline, and on day 7, 1 x 10E10 vector genomes of rAAV.sFlt-1 in 100 ul volume was administered via subretinal injection. In all three cases, the bleb of sub-retinal fluid resolved within 4 hours. After 24 hours, most of the air in the vitreous had absorbed and only the retinal injection site remained visible. One patient developed a minor hemorrhage associated with the procedure that did not affect vision.  As expected following vitrectomy, there was a transient increase in neutrophil counts that returned to normal by 14 days post injection. Vector sequence was found in the tears of one subject at one day post injection that cleared by day 30. Other than this single occurrence, AAV2 was not detected in any of the subjects' blood, saliva or urine samples either by qPCR or ELISA to date. Background levels of the naturally occurring sFlt-1 protein showed a high baseline variation in the urine, serum, and saliva with no increase following treatment. sFlt-1 levels in the vitreous also varied among subjects (975-2085pg/ml). Blood biochemistry, complete blood count, and T-cell response, remained without any significant change compared to baseline. Subretinal injection of rAAV.sFlt-1 showed no clinically significant retinal toxicity as assessed by serial ophthalmic examinations over a two month period. No superficial, anterior segment or vitreous inflammatory signs were present in any of the subjects.  At day 60 none of the patients required rescue treatment. There was no evidence of visual acuity loss, IOP elevation, retinal detachment, or any intraocular or systemic immune response in any of the patients.  These results extend the promise of gene therapy for the large cohort of elderly patients (>75) suffering from wet AMD.  Further efficacy results with the low dose (1 x 10E10 vg) cohort and safety on the high-dose (1 x 10E11 vg) cohort will be discussed.

**801.    Long-term airway epithelial transduction and induction of tolerance to transgene via intra-tracheal administration of airway-targeting lentivirus to mid-gestation fetal sheep**

Marcus G. Davey[1], Philip W. Zoltick[1], Maria P. Limberis[2], Carlyn A. Todorow[1], Jason Sulkowski[1], Jacqueline Tsai[1], Emily A. Partridge[1], Erik G. Pearson[1], Jesse Vrecenak[1], Alan W. Flake[1]

[1]The Center for Fetal Research, Children's Hospital of Philadelphia, Philadelphia, PA, USA; [2]Gene Therapy Program, Department of Pathology and Laboratory Medicine at the University of Pennsylvania, Philadelphia, PA, USA.

Prenatal gene transfer to the respiratory epithelium may provide opportunities to overcome physical and immunological barriers limiting efficient gene transfer to the adult lung. Unlike the adult, airway stem and progenitor cells are; (1) present at higher frequencies during fetal life; and (2) more accessible to gene transfer as the airways are devoid of mucous and pulmonary macrophages. In addition, the immature immune system of the fetus provides the possibility of inducing immunological tolerance to the exogenous vector and transgene that might allow repeated postnatal delivery of the same vector / transgene. We recently demonstrated that a lentivirus (HIV-1-based) pseudotyped with Jaagsiekte sheep retrovirus envelop (JSRV-LV) expressing GFP administered into the fetal lung lumen at ~70days of gestation (full term ~145days) transduced ~30% of the fetal airways, between 100-300μm diameter, when examined 10 weeks post-transduction [(1)]. We examined the durability of the respiratory cell transduction 6 months after birth and analyzed immunological tolerance to GFP

# EXHIBIT G

## Late Abstracts - Author Index

**A**

Abbot, Stewart ...................................................... 820
Aboody, Karen S. ......................................... 766, 769
Adachi, Kei ........................................................... 816
Ahlroth, Mervi ............................................. 812, 843
Ahmed, Atique U. ................................................ 844
Ahmed, Nabil ....................................................... 833
Ahonkhai, Omua .................................................. 852
Aizawa, Emi ........................................................ 849
Akbarpour, Mahzad ............................................. 788
Akiyama, Nobu .................................................... 809
Al-Allaf, Faisal .................................................... 823
Ali, Hashim .......................................................... 846
Alton, EWFW ....................................................... 813
Alzaza, Mekhled .................................................. 841
Amiri, Rohina ...................................................... 824
An, Dong Sung ............................................. 822, 845
Andaluz, Anna ..................................................... 770
Anderson, Kevin .................................................. 870
Andrews, Robert .................................................. 823
Annala, Alexander J. ............................................ 766
Annoni, Andrea .................................................... 788
Anvar, Seyed Yahya ............................................. 797
Anwer, Khursheed ............................................... 779
Anyor, Sonia ........................................................ 770
Arens, Anne ......................................................... 823
Arenskötter, Matthias .......................................... 799
Arnold, Matthias .................................................. 799
Arokium, Hubert .................................................. 822
Arsenijevic, Yvan ................................................ 802
Arumugam, P. ...................................................... 780
Arya, Suresh K. ................................................... 839
Asriyan, Yuna ...................................................... 836
Astrakhan, Alexander ......................................... 826
Ayuso, Eduard ..................................................... 770

**B**

Babiarz, Joshua E ................................................ 767
Badie, B ............................................................... 769
Bailey, Kent ......................................................... 856
Bao, Gang ............................................................ 858
Barham, Whitney ................................................. 786
Barish, Michael ................................................... 766
Barrera-L, Araceli ....................................... 831, 868
Barrett, Robert .....................................................
Basciotta, Matthew D. ......................................... 836
Basnakian, Alexei G. ........................................... 796
Bauer, TR ............................................................. 780
Bell, Peter ............................................................ 852
Bennett, J ............................................................. 865
Bennicelli, J ......................................................... 865
Bergen, Jamie M. ................................................. 805
Bialk, Pawel ................................................. 824, 854
Bigger, BW ............................................ 793, 798, 823

Blackston, Veronica ............................................. 799
Blumenkranz, MS ................................................ 800
Bodemann, Antje ................................................. 799
Bolyard, Chelsea ................................................. 789
Bondale, Niyati .................................................... 773
Bone, C. Collin .................................................... 787
Bonner, Melissa .................................................. 854
Boo, Nicole ................................................... 774, 775
Borjigin, Mandula ........................................ 824, 854
Bosch, Fatima ...................................................... 770
Bote, Erin ............................................................. 852
Boyd, AC ............................................................. 813
Brasefield, Jessie A. ............................................ 836
Brawley, Vita S .................................................... 833
Brendel, Christian ............................................... 850
Brodsky, Michael H. ............................................ 836
Brunger, Jonathan M ........................................... 855
Brunhoeber, Elaine .............................................. 779
Bryant, L .............................................................. 865
Buckley, Suzanne ................................................ 823
Burke, Bryan P. .................................................... 822
Burnett, C. ........................................................... 825
Byrne, BJ ............................................................. 853

**C**

Calcedo, Roberto ................................................. 852
Camba-Colon, Joanna ......................................... 822
Carroll, Maria V. ................................................. 822
Castro, MG .......................................................... 773
Castro-Perez, Jose ............................................... 775
Cathomen, Toni ................................................... 849
Cavazzana-Calvo, Marina ................................... 829
Cerullo, Vincenzo ............................................... 834
Chalberg, TW ...................................................... 800
Chan, Priscilla ..................................................... 775
Chang, Ti Ling .................................................... 775
Chapdelaine, Pierre ............................................. 784
Chapman, Michael S. .......................................... 777
Chen, Hannah ...................................................... 827
Chen, Irvin S.Y. ................................................... 822
Chen, Lifeng ........................................................ 851
Chen, M ............................................................... 769
Cheng, A. ............................................................. 825
Cheng, S .............................................................. 813
Chesnut, Jonathan ............................................... 799
Cheung, Wing ...................................................... 823
Chia, Ser Mien ............................................. 774, 775
Chiocca, E. Antonio ............................................ 791
Cho, Soo Kyung .................................................. 771
Cho, Sunmi .......................................................... 795
Choi, Uimook ...................................................... 851
Christensen, Ryan G. .......................................... 836
Chu, Donald ................................................. 774, 775
Chuah, M ............................................................. 803
Chung, D .............................................................. 865
Chung, Younjee ................................................... 815

# EXHIBIT G

## Late Abstracts - Author Index

Cloer, Caryn .......................................................806
Cloutier, D ..........................................................853
Collie, D .............................................................813
Condit, Marah E. ................................................787
Constable, IJ ......................................................800
Cooper, Aaron R.................................................821
Cortez, Mallory...................................................870
Coulombe, Zoé ..................................................784
Coutelle, Charles ................................................823
Cradick, Thomas J ..............................................858
Crooks, Gay M ...................................................845

### D

Daboussi, Fayza..................................................810
D'Apuzzo, M.......................................................769
Davey, Marcus G. ...............................................801
Davies, JC..........................................................813
de Lourdes Borba Magalhães, Maria....................859
Deinert, Michaela ...............................................799
Delacôte, Fabien .................................................810
DeRavin, Suk See................................................851
Dexheimer, P .....................................................780
Diaconu, Iulia .....................................................834
Diaz-Nido, Javier.................................................835
Dickey, David D. ................................................805
Dighe, Niraja ......................................................823
Dillehay, Dirck L. ................................................787
Discher, Dennis E. ..............................................873
Dismuke, D........................................................800
Doerfler, P .........................................................853
Doyon, Yannick...................................................767
Duchateau, Philippe............................................810
Duclert, Aymeric .................................................810
Dudley, Mark E. ..................................................768
Duhamel, Marianne ............................................810
Duvall, Craig L. ...................................................786

### E

Edukulla, Ramakrishna........................................804
Elder, J. Bradley ..................................................791
Engler, Robert L. .................................................787
Enoki, Tatsuji .....................................................816
Enuameh, Metewo Selase...................................836
Escamilla-Powers, Julie R. ...........................832, 847
Escobedo-G, Bruno ............................................868
Eskridge, Chris ...........................................824, 854
Excoffon, Katherine J.D.A. ..................................805

### F

Fahmi, Tariq .......................................................796
Farin, Alicia M ....................................................855
Farmer, Andrew..................................................871
Felizardo, Tania..................................................819
Fewell, Jason G. .................................................779
Fine, Eli .............................................................858

Fishman, Paul S. ................................................861
Fite, Todd ..........................................................796
Flake, Alan W......................................781, 801, 808
Foley, Jason .......................................................819
Fong, Mei ..........................................................871
Forrest, Gail................................................774, 775
Fowler, Daniel H. ................................................819
Frank, Joseph A. .................................................766
Friedman, Geoffrey ............................................767

### G

Galetto, Roman..................................................810
Gao, Guangping..........................................774, 775
García Fructoso, Gemma ....................................770
García, Miquel ...................................................770
Gerken, Claudia .................................................833
Gersbach, Charles A ...........................................855
Ghazi, Alexia ......................................................833
Giacca, Mauro ...................................................846
Gill, Deborah R. ..........................................813, 875
Giorgio, Todd D. .................................................786
Glass, Katherine A..............................................855
Glorioso, Joseph C..............................................830
Goebel, Benjamin ..............................................850
Goins, William F. ................................................830
Goss, James R. ...................................................830
Gottschalk, Stephen ...........................................833
Goudy, Kevin .....................................................788
Grada, Zakaria ...................................................833
Grandchamp, Nicolas .........................................802
Grant, Rebecca L. ...............................................852
Grassman, Elke ..................................................829
Gregory, Lisa......................................................823
Gregory, Philip D .........................................767, 845
Greig, Jenny A....................................................852
Greiner, Suzanne ...............................................856
Grewal, Snimar..................................................806
Grieger, J ...........................................................800
Griesenbach, U ..................................................813
Gros, Alena........................................................768
Grover, Jeffrey....................................................874
Guedon, Jean-Marc............................................830
Guilak, Farshid ...................................................855
Gutova, Margarita......................................766, 769
Guzmán-M, Karina.............................................868

### H

Hacein-Bey-Abina, Salima ...................................829
Hacke, Katrin.....................................................845
Hadac, Elizabeth ................................................856
Hall, Victoria ......................................................836
Hamza, Sabry ....................................................775
Han, Yu..............................................................844
Hanada, Ken-ichi................................................768
Harbottle, RP .....................................................803

# EXHIBIT G

## Late Abstracts - Author Index

Harding, CP .................................................................803
Hariri, Robert ..............................................................820
Haugwitz, Michael .......................................................871
Haurigot, Virginia ........................................................770
Heiskanen, Raita .........................................................792
Hemminki, Akseli ................................................792, 834
Henry, Brian ........................................................774, 775
Hentze, Hannes ...........................................................775
Herrmann, Kelsey ........................................................766
Hersperger, Adam R. ..................................................818
Herzog, RW .................................................................853
Heslop, Helen E ...........................................................833
Hickstein, D .................................................................780
Higashimoto, Tomoyasu ..............................................829
Higgins, T .....................................................................813
Hill, Emily .....................................................................874
Hiratsuka, Masaharu ...................................................863
Hoban, Megan D ..........................................................845
Holczbauer, Agnes .......................................................839
Holder, Maxine ............................................................823
Holl, Eda K ...................................................................817
Hollis, Roger P .............................................................845
Holmes, Michael C ..............................................767, 845
Hu, Yunxia ...................................................................815
Hua, Kevin L .................................................................767
Huang, Leaf .................................................................815
Huang, Li Chun ....................................................774, 775
Humblet-Baron, Stephanie .........................................826
Hung, Chien-Fu ............................................................782
Hyde, Stephen C. ................................................813, 875

### I

Ikeda, Minako ..............................................................772
Ikeda, Yasuhiro ............................................................804
Ingle, Nilesh P. .............................................................860
Innes, JA ......................................................................813
Inozume, Takashi .........................................................768

### J

Jain, Shashank .............................................................817
Jang, Daesong .............................................................796
Jiang, Qiujie ................................................................869
Jiang, Rong .................................................................787
Joensuu, Timo ....................................................792, 834
Joglekar, Alok V ...........................................................845
Johnson, Mark .............................................................
Jones, SA .....................................................................793
Juliano, Rudolph L. ......................................................785

### K

Kamata, Masakazu .....................................................822
Kanerva, Anna .............................................................834
Kang, Wen ...........................................................774, 775
Kangasniemi, Lotta .....................................................834
Kapur, Vinita ................................................................799

Karikó, Katalin ..............................................................848
Karuppaiyah, Selvendiran ...........................................789
Kasahara, Noriyuki ......................................................845
Katoh, Motonobu .........................................................863
Katsu, Yurika ................................................................835
Kaur, Balveen ...............................................................789
Kawano, Yasuhiro ........................................................816
Kawasugi, Kazuo .........................................................809
Kay, Mark A. ................................................................776
Keddache, M. ...............................................................780
Keller, Jason M ............................................................848
Kelly, Linsley ................................................................859
Kennedy, Sean .............................................................773
Keswani, Rahul K. ................................................778, 811
Khan, Amir S. ...............................................................866
Khanna, R ....................................................................853
Khim, Socheath ...........................................................826
Khoo, King Shung ........................................................775
Kim, Hyun Ah ..............................................................790
Kimura, Hiromitsu .......................................................837
Kinchington, Paul R. ....................................................830
Kitchen, Scott G ..........................................................845
Kmiec, Eric B. ......................................................824, 854
Kneissl, Sabrina ..........................................................850
Koerber, James T .........................................................805
Kohn, Donald B. ..................................................821, 845
Komiya, Setsuro ..........................................................772
Koontz, Sherry .............................................................851
Kosai, Ken-ichiro .........................................................772
Koski, Anniina .....................................................792, 834
Kostic, Corinne ............................................................802
Kotula, Jonathan W. ....................................................785
Kozlowski, Miroslaw ....................................................808
Kroeger, Kurt M. ..........................................................773
Krsmanovic, Mihajlo ...................................................775
Kudva, Yogish C. ..........................................................804
Kulkarni, Amit .............................................................774
Kumar, Priti .................................................................795
Kwon, Young Jik ..........................................................771

### L

Lacey, SF ......................................................................769
Lai, C ............................................................................800
Langford-Smith, A .......................................................793
Langford-Smith, KJ .............................................793, 798
Larsen, John D .............................................................867
Lau, A ...........................................................................793
Lau, Cheryl M. .............................................................786
Lazebnik, Mihael .........................................................811
Lee, Jaewoo ................................................................817
Lee, Lily ........................................................................871
Lee, Minhyung ....................................................790, 862
Lee, Sang-Kyung .........................................................795
Lerch, Thomas F ...........................................................777
Lesniak, Maciej S. .......................................................844
Levy, Matthew .............................................................859

# EXHIBIT G

## Late Abstracts - Author Index

Li, Carrie Jiaxin .................................................... 767
Li, M. ..................................................................... 825
Li, Maoxiang ....................................................... 874
Li, Tingting .......................................................... 823
Liang, Bitao ......................................................... 820
Lillico, Simon ...................................................... 802
Limberis, Maria P. .............................................. 801
Lin, Yanni ............................................................. 858
Linton, Gilda ....................................................... 851
Liu, Chunyan ...................................................... 773
Liu, Feng .............................................................. 815
Liu, Pei-Qi ........................................................... 845
Liu, Wei ............................................................... 820
Loberg, A. ............................................................ 780
Lomelí-R, Christian ........................................... 831
Loria, Frida ......................................................... 835
Lowenstein, PR ................................................... 773
Lu, Peijuan .......................................................... 806
Lu, Qi Long ......................................................... 806
Lusic, Marina ...................................................... 846
Lynn, D ................................................................ 780

### M

Ma, Haiyan ..........................................................
Machuca-R, Catalina .......................................... 831
Macmaster, Rachel ............................................. 810
Madinaveitia, Juan Antonio .............................. 831
Magdaleno, S. ..................................................... 825
Magee, Michael S. .............................................. 818
Maggioni, Lucca ................................................. 770
Magno, A ............................................................. 800
Maier, Keith ........................................................ 859
Malani, Nirav ...................................................... 812
Malech, Harry L. ........................................ 794, 851
Malik, Punam ............................................. 780, 829
Malinowska, M ................................................... 798
Mallet, Jacques ................................................... 802
Marcó, Sara ......................................................... 770
Marini, Bruna ..................................................... 846
Marszalowicz, Glen ............................................ 818
Martin, Sunil ...................................................... 840
Martínez-F, Francisco ................................ 831, 868
Maruyama, Kazuo .............................................. 857
Matar, Majed ...................................................... 779
Matsuo, Takuji .................................................... 809
McCaffrey, Anton P. .................................... 832, 847
McCarty, Doug .................................................... 789
McLachlan, G ...................................................... 813
Medin, Jeffrey A. ................................................. 819
Medina-Jaszek, C. Angelica ............................... 852
Merling, Randall K. ............................................ 851
Metz, M ................................................................ 769
Meyer, Nancy L. .................................................. 777
Miao, Carol H. .................................................... 826
Mikkelsen, Lars Friis ................................. 774, 775
Milazi, Stephanie ............................................... 806

Miller, Jeffrey C .................................................. 767
Ming, Xin ............................................................ 785
Mingozzi, Federico ............................................ 770
Mitani, Ko ........................................................... 849
Mitsui, Kaoru ..................................................... 772
Moats, Rex A. ..................................................... 766
Molas, Maria ...................................................... 770
Montini, Eugenio ............................................... 823
Morrow, Matthew P ........................................... 866
Mossoba, Miriam ............................................... 819
Motas, Sandra .................................................... 770
Moulton, Hong ................................................... 806
Muramatsu, Hiromi ........................................... 848
Mussolino, Claudio ............................................ 849
Myers, Timothy G. ............................................. 851

### N

Nace, Rebecca .................................................... 856
Naik, Shruthi ...................................................... 856
Najbauer, J .......................................................... 769
Nakagawa, Osamu .............................................. 785
Nakai, Hiroyuki .................................................. 816
Nakanishi, Mahito ............................................. 849
Nakashima, Hiroshi ........................................... 791
Naldini, Luigi ..................................................... 788
Nassar, Boulos S. ................................................ 805
Natsugoe, Shoji .................................................. 772
Nayak, S .............................................................. 853
Negishi, Yoichi ................................................... 857
Nelson, Christopher E. ...................................... 786
Ni, Weihua .................................................. 774, 775
Niamat, Rohina .................................................. 854
Nichols, Andrew ................................................ 774
Nischal, Hersharan ............................................ 828
Nishimura, Ken .................................................. 849
Nokisalmi, Petri ................................................. 834
Nonnenmacher, Mathieu .................................. 783
Nordling, Diana L. .............................................. 829
Notka, Frank ...................................................... 799
Nowrouzi, Ali ..................................................... 823

### O

O'Donnell, Jason K. ............................................ 777
Ochs, Hans D. ..................................................... 826
Oda, Yusuke ........................................................ 857
Oh, Binna ............................................................ 862
Oh, Steve ............................................................. 871
Ohtaka, Manami ................................................ 849
Oka, Yoko ............................................................ 809
Oliveira, Cathy A ................................................ 875
Onishko, Halina M. ............................................ 786
Osejindu, Emma ................................................ 823
Oshimura, Mitsuo ............................................. 863
Otaizo-Carrasquero, Francisco ........................ 851
Ousterout, David G ............................................ 855

# EXHIBIT G

## Late Abstracts - Author Index

**P**

| | |
|---|---|
| Pack, Daniel W. | 778, 811 |
| Pan, Jason | 851 |
| Pankhong, Panyupa | 866 |
| Pâques, Frédéric | 810 |
| Partanen, Kaarina | 792 |
| Partridge, Emily A. | 781, 801 |
| Paruzynski, Anna | 823 |
| Paul, Natasha | 847 |
| Pearson, Erik G. | 801 |
| Peier, Andrea | 775 |
| Pellegrini, Matteo | 821 |
| Peng, Hui | 852 |
| Peng, Hui Ling | 775 |
| Peng, Kah Whye | 856 |
| Pereira, Pamela | 775 |
| Perez, Christophe | 810 |
| Perez-Pinera, Pablo | 855 |
| Pesonen, Sari | 834 |
| Peterson, Todd | 799 |
| Pettigrew, Amy | 779 |
| Pham, Linh | 856 |
| Pierce, C | 800 |
| Pineda, Mercedes | 770 |
| Pitoc, George A. | 817 |
| Poderycki, Michael | 799 |
| Poirot, Laurent | 810 |
| Polach, Kevin J. | 779 |
| Porteous, D | 813 |
| Portnow, J | 769 |
| Porvasnik, S | 853 |
| Pratico, Elizabeth D. | 785 |
| Pringle, Ian A. | 875 |
| Pumarola, Martí | 770 |
| Puntel, M | 773 |
| Puri, N. | 825 |

**Q**

| | |
|---|---|
| Quan, Shuo | 774, 775 |
| Quinn, Thomas P. | 871 |

**R**

| | |
|---|---|
| Radu, Antoneta | 808 |
| Rajagopal, Karthikan | 873 |
| Rakoczy, EP | 800 |
| Rawlings, David J. | 826 |
| Raz, Vered | 797 |
| Raz, Yotam | 797 |
| Reeves, Lilith | 829 |
| Reik, Andreas | 845 |
| Reilly, Meghan J. | 867 |
| Reineke, Theresa | 870 |
| Reja, Safia | 823 |
| Ribera, Albert | 770 |
| Rice, Jennifer | 779 |
| Richards, Adam | 836 |
| Riley, James L | 840 |
| Ringpis, Gene-Errol E. | 822 |
| Rivera-D, Erika | 831 |
| Rochon, Christelle | 810 |
| Roddy, Thomas | 774, 775 |
| Rojas, Juan J | 827 |
| Roncarolo, Maria Grazia | 788 |
| Rosenberg, Steven A. | 768 |
| Rossi, John J. | 832, 847 |
| Rousseau, Joel | 784 |
| Roy-Chaudhuri, Biswajoy | 776 |
| Rubanyi, Gabor M. | 787 |
| Ruberte, Jesús | 770 |
| Russell, DW | 780 |
| Russell, Stephen J | 856 |
| Ruthe, Alaine | 823 |
| Ruzo, Albert | 770 |
| Ryu, Byoung Y. | 826 |

**S**

| | |
|---|---|
| Sakamoto, Kathleen | 868 |
| Sampath, Padma | 827 |
| Samulski, R. Jude | 800, 807 |
| Sancho Oltra, Núria | 873 |
| Sanderson, Nicholas S. R. | 773 |
| Sandoval-Z, Hugo | 831, 868 |
| Sardesai, Niranjan Y. | 866 |
| Sarkis, Chamsy | 802 |
| Sather, Blythe D. | 826 |
| Schaffer, David V. | 805 |
| Schambach, Axel | 829 |
| Schellenberg, Gerard D. | 814 |
| Schenkwein, Diana | 812, 843 |
| Scheule, R | 813 |
| Schiestl, Robert H | 845 |
| Schmarkey, L. Susan | 787 |
| Schmidt, Manfred | 823 |
| Schubert, Manfred | 861 |
| Schwartz, SD | 800 |
| Sergi, Lucia Sergi | 788 |
| Sergijenko, A | 793 |
| Setoguchi, Takao | 772 |
| Shaban, Mona | 806 |
| Shaffer, Donald R | 833 |
| Shah, Sapana N | 806 |
| Shalkh, Imran | 791 |
| Shapiro, Jennifer | 774, 775 |
| Shi, Weiwei | 787 |
| Shih, Shian-Jiun | 774, 775 |
| Shimizu, Saki | 822 |
| Shin, Jeonga | 795 |
| Shin, Thomas | 866 |
| Shirafuji, Naoki | 809 |
| Shirasaki, Ryosuke | 809 |
| Shore, Sabrina | 847 |

# EXHIBIT G

## Late Abstracts - Author Index

Silva, Georges ...................................................... 810
Singh, Swati ........................................................ 826
Sizonvs, Antons .................................................... 870
Smith, Julianne .................................................... 810
Snead, Nicholas M. ................................................ 847
Snook, Adam E. .................................................... 818
Soylemez, Mehmet Ali ........................................... 864
Sparks, Jeff ........................................................ 779
Squillace, Karen ................................................... 804
Stagg, Scott M. ..................................................... 777
Steele, Michael ..................................................... 856
Steenwinckel, Valerie ............................................ 874
Stormo, Gary D. ................................................... 836
Strouse, Bryan .............................................. 824, 854
Sud, Reeteka ....................................................... 814
Sulkowski, Jason .................................................. 801
Sullenger, Bruce A. ....................................... 785, 817
Sullivan, Millicent O. ............................................ 867
Sumner-Jones, Stephanie G. .................................. 875
Sun, Hua ............................................................. 828
Suzuki, Ryo ......................................................... 857
Swaney, William P. ............................................... 829
Sweeney, Colin .................................................... 794
Sweeney, Colin L. ................................................. 851
Synold, TW ......................................................... 769
Szeto, Daphne ..................................................... 774

T

't Hoen, Peter AC .................................................. 797
Tähtinen, Siri ....................................................... 834
Taipale, Kristian ................................................... 792
Takahagi, Shunsuke .............................................. 869
Tanoue, Kiyonori .................................................. 772
Tarantal, Alice F. .................................................. 807
Tashiro, Haruko ................................................... 809
Taylor, Kenneth A. ................................................ 777
Tee, Adeline ........................................................ 775
Teng, Ba-Bie ........................................................ 828
Terwilliger, Ami .................................................... 829
Terzic, Andre ....................................................... 804
Thaci, Bart .......................................................... 844
Thatava, Tayaramma ............................................. 804
Themis, Matthew .................................................. 823
Themis, Mike ....................................................... 823
Theobald, Narda L. ............................................... 851
Thompson, John ................................................... 775
Thöny, B ............................................................. 803
Thorne, Stephen H. ............................................... 827
Thrasher, Adrian J. ........................................ 823, 829
Tiu, Sarah ........................................................... 775
Tobias, Alex L. ..................................................... 844
Todorow, Carlyn A. ....................................... 801, 808
Tran, Eric ............................................................ 768
Treger, Janet A .................................................... 845
Tremblay, Jacques P. ............................................. 784
Tretiakova, Anna .................................................. 852

Tsai, Jacqueline ................................................... 801
Turcotte, Simon ................................................... 768
Turkki, Vesa ................................................. 812, 843

U

Ueda, Kana ......................................................... 863
Uitto, Jouni ......................................................... 869
Uno, Katsuhiro ..................................................... 863
Uno, Narumi ....................................................... 863
Ustoa, María Simona ............................................ 868

V

Valdmanis, Paul N. ............................................... 776
Valenzano, K ....................................................... 853
van der Loo, Johannes C.M. ............................ 780, 829
van der Maarel, Silvere M ..................................... 797
VandenDriessche, T .............................................. 803
Venema, Andrea ................................................... 797
Viecelli, HM ........................................................ 803
Villacampa, Pilar .................................................. 770
Villegas-C, Hilda ........................................... 831, 868
Vinten-Johansen, Jakob ........................................ 787
Vizcaíno-D, Adrián ............................................... 831
Vlassov, A.V. ....................................................... 825
Vogt, Thomas F. ............................................ 774, 775
von Kalle, Christof ................................................ 823
Vrecenak, Jesse D. ................................. 781, 801, 808

W

Waddington, Simon N. .......................................... 823
Wagner, Ralf ....................................................... 799
Waldman, Scott A ................................................. 818
Wallace, Kirby ..................................................... 779
Walter, G ............................................................ 853
Wang, Dian ......................................................... 869
Wang, Feng ......................................................... 842
Wang, Hongmei ................................................... 794
Wang, Jianbin ...................................................... 767
Wang, Nathaniel S ................................................ 767
Wang, Qiong ....................................................... 768
Wang, Xiaoying ................................................... 796
Wang, Yoahe ....................................................... 823
Wang, Yuhua ....................................................... 815
Wang, Yuqing ...................................................... 772
Weber, Thomas .................................................... 783
Wei, Wang .......................................................... 872
Wei, Z ................................................................ 865
Weiner, David B. .................................................. 866
Weissman, Drew .................................................. 848
Wengerter, Brian .................................................. 859
Whitelaw, Bruce ................................................... 802
Wilkinson, FL ............................................... 793, 798
Wilkinson, Leslie .................................................. 779
Williams, David A ................................................ 829
Wilner, Samantha E. ............................................. 859

# EXHIBIT G

## Late Abstracts - Author Index

Wilson, James M. ................................................. 852
Wolfe, Mark ......................................................... 874
Wolfe, Scot A. ...................................................... 836
Wong, Shannie ............................................. 774, 775
Wraith, JE ............................................................ 793
Wu, Bo .................................................................. 806
Wu, TC ................................................................. 782
Wu, X ................................................................... 769
Wunderlich, John R. ............................................ 768
Wynn, RF ..................................................... 793, 798

### X

Xie, Jingwei ......................................................... 824
Xie, Qing .............................................................. 777
Xie, Yiming .......................................................... 822
Xu, Ruian ............................................................. 842

### Y

Yamamoto, Tadashi ............................................. 809
Yan, Amy ............................................................. 859
Yan, Jenny Jiacheng ........................................... 767
Yan, Jian .............................................................. 866
Yan, Li .................................................................. 872
Yang, James C. ................................................... 768
Yang, Jian-Ping ................................................... 799
Yang, Yang .......................................................... 815
Yee, Michael ........................................................ 830
Yi, Na ................................................................... 790
Ylä-Herttuala, Seppo .................................. 812, 843
Yoo, Ji Young ...................................................... 789
Yu, Shann S. ....................................................... 786
Yull, Fiona E. ....................................................... 786
Yvon, Eric ............................................................ 833

### Z

Zabner, Joseph ................................................... 805
Zaslavskiy, Mikhail .............................................. 810
Zatti, Susi ............................................................ 863
Zhang, Mingdi ..................................................... 830
Zhang, Xuegong .................................................. 823
Zhdanov, Dmitry .................................................. 796
Zhou, Heather ............................................. 774, 775
Zhou, Jiehua ....................................................... 832
Zoltick, Philip W. ................................................. 801