Retina Today - Ocular Gene Therapy Showed Fewer Injections Needed,...    http://retinatoday.com/2014/04/ocular-gene-therapy-showed-fewer-inje...



## Ocular Gene Therapy Showed Fewer Injections Needed, Increased Visual Gain

 E-MAIL | PRINT | BOOKMARK

Subretinal delivery of an ocular gene therapy drug was well tolerated, required fewer injections of anti-VEGF, and improved visual acuity in a phase 1 randomized clinical trial in patients with wet AMD, reported Thomas W. Chalberg, PhD, at Angiogenesis, Exudation, and Degeneration 2014.[1]

One hundred microliters of AVA-101 (Ocular BioFactory, Avalanche Biotechnologies) was injected subretinally in patients. Anti-VEGF protein levels increased over 6 to 8 weeks, during which 2 injections of ranibizumab were given. After 8 weeks, ranibizumab was given to the treatment group on a prn basis as rescue therapy.

Patients were tracked for 12 months after injection at monthly visits. The control group, which did not receive an injection of AVA-101, required a mean 3 injections of ranibizumab during the 12-month period. The treatment group required a mean 0.3 ranibizumab injections over the same period.

Patients received ranibizumab injections if fluid appeared on OCT or fluorescein angiography, or if there was vision loss attributable to increased area of choroidal neovascularization.

Patients in the study had experience with anti-VEGF treatment, averaging 18 intravitreal anti-VEGF treatments prior to study enrollment.

"Because these patients are coming heavily pretreated, we didn't necessarily expect them to gain additional vision," Dr. Chalberg said. "But treated patients actually gained between 9 and 12 letters over 12 months."

Dr. Chalberg reported no drug-related adverse events, retinal tears, or retinal detachments. Procedure-related adverse events were minor and self-resolving.

"Ocular gene therapy might be a long-term viable option for patients with wet AMD," Dr. Chalberg said.

AVA-101 is a strand of therapeutic DNA packaged inside an adeno-associated virus (AAV) vector. When injected subretinally, AVA-101 up-regulates the body's production of anti-VEGF. Subretinal injection appeared to be safe and was well-tolerated, Dr. Chalberg reported, and allowed AVA-101 injections to better stimulate anti-VEGF production than if delivered intravitreally.

Dr. Chalberg said that an ongoing phase 2A study currently has 40 patients enrolled.

1. Chalberg TW. Anti-VEGF gene therapy: early clinical results using the ocular biofactory in wet AMD. Paper presented at: Angiogenesis, Exudation, and Degeneration 2014; February 8, 2014; Miami, FL.



**Related News** — Powered by eyewiretoday

### ThromboGenics Enrolls First Patient in Phase 2 CIRCLE Trial
ThromboGenics NV announced that the first patient has been enrolled in its phase 2 CIRCLE study evaluating the efficacy and safety of multiple doses of ocriplasmin in inducing...

### Alimera Sciences Announces Iluvien J Code J7313 Is Now Active
Alimera Sciences announced that, as of January 1, 2016, the drug code J7313, which was assigned to Iluvien by the Centers for Medicare and Medicaid, is now active and immediat...

### Topcon Introduces Next Generation PASCAL Synthesis System
Topcon Medical Systems announced the release of a new version of the original pattern scanning laser PASCAL Synthesis. The PASCAL

# EXHIBIT J

Retina Today - Ocular Gene Therapy Showed Fewer Injections Needed,... http://retinatoday.com/2014/04/ocular-gene-therapy-showed-fewer-inje...

Synthesis features new patterns, an improved
...

### Centers

AMD
Business
Diabetic Retinopathy
Disease & Pathophysiology
Imaging & Visualization
Medical Retina
Pediatric
Pipeline
Retina Surgery



### Contact Info

Bryn Mawr Communications LLC
1008 Upper Gulph Road, Suite 200
Wayne, PA 19087

Phone: 484-581-1800
Fax: 484-581-1818

Karen Roman
Editor-in-Chief
484-581-1827
kroman@bmctoday.com

Alan B. Guralnick
Publisher
484-581-1832
aguralnick@bmctoday.com

### Other Resources

Archive
Subscriptions
Advertising
About
Contact
Privacy
Submissions
Events
News
Uveitis Resource Center

### About Retina Today

*Retina Today* is a publication that delivers the latest research and clinical developments from areas such as medical retina, retinal surgery, vitreous, diabetes, retinal imaging, posterior segment oncology and ocular trauma. Each issue provides insight from well-respected specialists on cutting-edge therapies and surgical techniques that are currently in use and on the horizon.





BRYN MAWR COMMUNICATIONS, LLC   Cataract & Refractive Surgery Today   Europe   Retina Today   Glaucoma Today   Advanced Ocular Care   Millennial Eye