1  ROBERT L. DELL ANGELO (SBN 160409)
   robert.dellangelo@mto.com
2  ALLISON B. STEIN (SBN 72801)
   allison.stein@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   david.fry@mto.com
7  ADAM I. KAPLAN (SBN 268182)
   adam.kaplan@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
9  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
10 Facsimile:    (415) 512-4077

11 *Attorneys for Defendants*
   *Avalanche Biotechnologies, Inc.,*
12 *Thomas W. Chalberg, Jr., Linda C. Bain,*
   *Mark S. Blumenkranz, John P. McLaughlin,*
13 *Steven D. Schwartz and Paul D. Wachter*

RICHARD W. GONNELLO (*pro hac vice*)
rgonnello@faruqilaw.com
MEGAN M. SULLIVAN (*pro hac vice*)
msullivan@faruqilaw.com
KATHERINE M. LENAHAN (*pro hac vice*)
klenahan@faruqilaw.com
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone:    (212) 983-9330
Facsimile:    (212) 983-9331

 BENJAMIN HEIKALI (SBN 3074466)
bheikali@faruqilaw.com
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone:    (424) 256-2884
Facsimile:    (424) 256-2885

*Attorneys for Lead Plaintiff Arpan Bachhawat*
*and Plaintiff Srikanth Koneru*

Additional Counsel on Signature Page

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18 | In re AVALANCHE BIOTECHNOLOGIES | Master File No. 15-cv-03185-JD |
   | SECURITIES LITIGATION | |
19 | | CLASS ACTION |
20 | | **JOINT NOTICE OF SETTLEMENT** |
   | | **AND STIPULATION** |
21 | | |
22 | | Judge:   Hon. James Donato |
   | This Document Relates To:  All Actions | Ctrm:    11 |
23

24

25

26

27

28

1    WHEREAS, a hearing on the Avalanche Defendants' Motion to Stay Discovery in a State

2  Court Action Pursuant to the Securities Litigation Uniform Standards Act of 1998 (Dkt. 122) ("Stay

3  Motion"), and the Underwriter Defendants' joinder therein (Dkt. 125), is currently scheduled for

4  March 23, 2017;[1]

5    WHEREAS, Defendants' reply brief in support of their Motion to Dismiss First Amended

6  Complaint is due on March 27, 2017;

7    WHEREAS, a hearing on the Avalanche Defendants' Motion to Certify a Class Before the

8  Court Adjudicates the Pending Motion to Dismiss (Dkt. 126) ("Certification Motion") is currently

9  scheduled for March 30, 2017;

10    WHEREAS, Lead Plaintiff Arpan Bachhawat and Plaintiff Srikanth Koneru ("Plaintiffs")

11  and Defendants (collectively, the "parties") and Beaver County Employees Retirement Fund

12  ("Beaver County"), the lead plaintiff in *In re Avalanche Biotechnologies Shareholder Litigation*,

13  Civ. 536488 (San Mateo Superior Court) (the "state action"), have reached a global agreement in

14  principle for a class action settlement of this action and the state action;

15    WHEREAS, the parties and Beaver County expect to document the terms of the class action

16  settlement and the plan for effectuation of that settlement;

17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties,

18  through their respective counsel, to the entry of an Order providing that:

19    1.    Defendants' Motion to Dismiss First Amended Complaint, the Avalanche

20  Defendants' Stay Motion, and the Avalanche Defendants' Certification Motion shall be withdrawn

21  without prejudice;

22    2.    The hearings on the Avalanche Defendants' Stay Motion and Certification Motion

23  will be taken off calendar;

24    3.    All further proceedings in this case will be stayed; and

---

[1] The Avalanche Defendants are Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Linda C. Bain, Mark S. Blumenkranz, John P. McLaughlin, Steven D. Schwartz, and Paul D. Wachter, collectively.  The Underwriter Defendants are Jefferies LLC, Cowen and Company, LLC, Piper Jaffray & Co., and William Blair & Company, L.L.C., collectively.  Defendants are the Avalanche Defendants and the Underwriter Defendants, collectively.

JOINT NOTICE OF SETTLEMENT AND STIPULATION

1      4.      The parties will file a joint status report with the Court on or before June 9, 2017.

2      **IT IS SO STIPULATED**.

3   Dated: March 17, 2017                    Respectfully submitted,

4

5                                            By: */s/ Adam Kaplan*_____
                                                 Adam Kaplan

6                                            MUNGER, TOLLES & OLSON LLP
                                             Robert L. Dell Angelo (SBN 160409)
7                                            Allison B. Stein (SBN 72801)
                                             350 South Grand Avenue, Fiftieth Floor
8                                            Los Angeles, California 90071-1560
                                             Telephone: 213-683-9100
9                                            Facsimile: 213-687-3702
                                             E-mail: Robert.dellangelo@mto.com
10                                                   Allison.stein@mto.com

11                                           MUNGER, TOLLES & OLSON LLP
12                                           David H. Fry (SBN 189276)
                                             Adam Kaplan (SBN 268182)
13                                           560 Mission Street, Twenty-Seventh Floor
                                             San Francisco, California 94105-2907
14                                           Telephone: 415-512-4000
                                             Facsimile: 415-512-4077
15                                           E-mail: David.fry@mto.com
                                                     Adam.kaplan@mto.com
16

17                                           *Attorneys for Defendants Avalanche Biotechnologies,*
                                             *Inc., Thomas W. Chalberg, Jr., Linda C. Bain, Mark S.*
                                             *Blumenkranz, John P. McLaughlin, Steven D. Schwartz*
18                                           *and Paul D. Wachter*

19

20  Dated: March 17, 2017                    By: */s/ Charlene S. Shimada*_____
                                                 Charlene S. Shimada

21                                           MORGAN, LEWIS & BOCKIUS LLP
22                                           Charlene S. Shimada (SBN 91407)
                                             Lucy Wang (SBN 257771)
23                                           One Market, Spear Street Tower
                                             San Francisco, California 94105
24                                           Telephone: 415-442-1000
                                             Facsimile: 415-442-1001
25                                           E-mail: charlene.shimada@morganlewis.com
                                                     lucy.wang@morganlewis.com

26                                           *Attorneys for Defendants Jefferies LLC, Cowen and*
                                             *Company, LLC, Piper Jaffray & Co. and William Blair*
27                                           *& Company, L.L.C.*

28

Dated: March 17, 2017

By: /s/ *Richard W. Gonnello*
      Richard W. Gonnello

FARUQI & FARUQI, LLP
Richard W. Gonnello (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
Megan M. Sullivan (*pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
         klenahan@faruqilaw.com
         msullivan@faruqilaw.com

FARUQI & FARUQI, LLP
Barbara A. Rohr (SBN 273353)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: brohr@faruqilaw.com

*Attorneys for Lead Plaintiff Arpan Bachhawat and*
*Plaintiff Srikanth Koneru*

\* \* \*

Pursuant to Civil Local Rule 5-1(i), I hereby attest that all signatories have concurred with this filing.

/s/ *Adam I. Kaplan*
      Adam I. Kaplan

THE COURT FINDS GOOD CAUSE EXISTS FOR THE PARTIES' STIPULATION AND ON THAT BASIS THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE