Richard W. Gonnello (*pro hac vice*)
Megan M. Sullivan (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
           msullivan@faruqilaw.com
           klenahan@faruqilaw.com

Benjamin Heikali SBN 3074466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff Arpan Bachhawat
and Plaintiff Srikanth Koneru*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AVALANCHE BIOTECHNOLOGIES SECURITIES LITIGATION | Master File No. 3:15-cv-03185 (JD)<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| This Document Relates To:  All Actions | <u>CONSOLIDATED CLASS ACTION</u> |

Lead Plaintiff Arpan Bachhawat and plaintiff Srikanth Koneru ("Plaintiffs") and defendants Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Linda C. Bain, Mark S. Blumenkranz, John P. McLaughlin, Steven D. Schwartz, Paul D. Wachter, Jefferies LLC, Cowen and Company, LLC, Piper Jaffray & Co., and William Blair & Company, L.L.C. ("Defendants" and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 17, 2017, the Parties in the above-captioned action (the "Action") filed a Joint Notice of Settlement and Stipulation (ECF No. 144) notifying the Court that the Parties, along with Beaver County Employees Retirement Fund ("Beaver County"), the lead plaintiff in *In re Avalanche Biotechnologies Shareholder Litigation*, Civ. 536488 (San Mateo County Superior Court) (the "State Action"), reached a global agreement in principle to settle this Action and the State Action (the "Settlement") and requesting that the Court stay this Action to permit the Parties to negotiate and document the terms of the class action Settlement and the plan for effectuation of that Settlement;

WHEREAS, the Court issued an Order Conditionally Dismissing Case on March 20, 2017 (ECF No. 145), providing that if any party notifies the Court by June 9, 2017, that the consideration for the Settlement of this Action has not been delivered, the order will be vacated and a case management conference will be set;

WHEREAS, because Beaver County and the Parties were still in the process of negotiating the terms of the Settlement in June 2017, on June 8, 2017, Plaintiffs filed a certification that the Settlement consideration had not been delivered by Defendants (ECF No. 146) and the Parties filed a joint stipulation and proposed order to continue to stay the proceedings in this Action pending further settlement negotiations (*see* ECF No. 147);

WHEREAS, on June 9, 2017, the Court approved the stipulation, which provided that the proceedings in this Action will be stayed and that the Parties shall file a joint status report with the Court on or before August 18, 2017 (ECF No. 148);

WHEREAS, the Parties and Beaver County signed a Stipulation and Agreement of Settlement on August 3, 2017 (the "Stipulation");

WHEREAS, pursuant to the Parties' and Beaver County's agreement to seek approval of the global Settlement in the State Action for reasons of efficiency and in order to avoid confusion for class members and conflicting judgments, Beaver County filed the Stipulation in the State Action on August 11, 2017 and also moved for preliminary approval of the Settlement;

WHEREAS, the preliminary approval hearing is currently scheduled to take place before the Honorable Marie S. Weiner on September 7, 2017 at 2:00 p.m. in the courthouse for San Mateo County Superior Court;

WHEREAS, the preliminary approval motion filed by Beaver County requests that Judge Weiner select a final approval hearing date not less than 100 days after the date the preliminary approval order is entered;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. All proceedings in this Action will be stayed; and

2. If the court in the State Action enters an order denying preliminary approval of the Settlement, the Parties will file a joint status report with the Court no later than 7 calendar days after entry of such order; otherwise, the Parties will file a joint status report with the Court no later than 7 calendar days after the court in the State Action enters an order either granting or denying final approval of the Settlement.

**IT IS SO STIPULATED**.

Dated: August 17, 2017                    Respectfully submitted,

                                          By: /s/ *Richard W. Gonnello*
                                                Richard W. Gonnello

                                          Richard W. Gonnello (*pro hac vice*)
                                          Katherine M. Lenahan (*pro hac vice*)
                                          Megan M. Sullivan (*pro hac vice*)
                                          **FARUQI & FARUQI, LLP**
                                          685 Third Avenue, 26th Floor
                                          New York, NY 10017
                                          Telephone: 212-983-9330
                                          Facsimile: 212-983-9331

```
                                      Email: rgonnello@faruqilaw.com
                                             klenahan@faruqilaw.com
                                             msullivan@faruqilaw.com

                                      Benjamin Heikali SBN 3074466
                                      **FARUQI & FARUQI, LLP**
                                      10866 Wilshire Boulevard, Suite 1470
                                      Los Angeles, CA 90024
                                      Telephone: 424-256-2884
                                      Facsimile: 424-256-2885
                                      Email:  bheikali@faruqilaw.com
```

*Attorneys for Lead Plaintiff Arpan Bachhawat and Plaintiff Srikanth Koneru*

Dated: August 17, 2017              By: */s/ Charlene S. Shimada*
                                            Charlene S. Shimada

                                    Charlene S. Shimada
                                    Lucy Wang
                                    **MORGAN, LEWIS & BOCKIUS LLP**
                                    One Market, Spear Street Tower
                                    San Francisco, California 94105
                                    Telephone: 415-442-1000
                                    Facsimile: 415-442-1001
                                    E-mail: charlene.shimada@morganlewis.com
                                            lucy.wang@morganlewis.com

*Attorneys for Defendants Jefferies LLC, Cowen and Company, LLC, Piper Jaffray & Co. and William Blair & Company, L.L.C.*

Dated: August 17, 2017              By: */s/ Adam Kaplan*
                                            Adam Kaplan

                                    Robert L. Dell Angelo
                                    Allison B. Stein
                                    **MUNGER, TOLLES & OLSON LLP**
                                    350 South Grand Avenue, Fiftieth Floor
                                    Los Angeles, California 90071
                                    Telephone: 213-683-9100
                                    Facsimile: 213-687-3702
                                    E-mail: robert.dellangelo@mto.com
                                            allison.stein@mto.com

                                    David H. Fry
                                    Adam Kaplan
                                    **MUNGER, TOLLES & OLSON LLP**
                                    560 Mission Street, Twenty-Seventh Floor
                                    San Francisco, California 94105-2907
                                    Telephone: 415-512-4000

Facsimile: 415-512-4077
E-mail: david.fry@mto.com
adam.kaplan@mto.com

*Attorneys for Defendants Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Jr., Linda C. Bain, Mark S. Blumenkranz, John P. McLaughlin, Steven D. Schwartz and Paul D. Wachter*

\* \* \*

Pursuant to Civil L.R. 5-1(i), I hereby attest that all signatories have concurred with this filing.

/s/ *Richard W. Gonnello*
Richard W. Gonnello

THE COURT FINDS GOOD CAUSE EXISTS FOR THE PARTIES' STIPULATION AND ON THAT BASIS THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE