Richard W. Gonnello (*pro hac vice*)
Megan M. Sullivan (*pro hac vice*)
Katherine M. Lenahan (*pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
         msullivan@faruqilaw.com
         klenahan@faruqilaw.com

Benjamin Heikali SBN 3074466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email:  bheikali@faruqilaw.com

*Attorneys for Lead Plaintiff Arpan Bachhawat
and Plaintiff Srikanth Koneru*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AVALANCHE BIOTECHNOLOGIES SECURITIES LITIGATION | Master File No. 3:15-cv-03185 (JD)<br><br>**JOINT STATUS REPORT** |
| This Document Relates To:  All Actions | CONSOLIDATED CLASS ACTION |

Lead Plaintiff Arpan Bachhawat and plaintiff Srikanth Koneru ("Plaintiffs") and defendants Avalanche Biotechnologies, Inc. ("Avalanche"), Thomas W. Chalberg, Linda C. Bain, Mark S. Blumenkranz, John P. McLaughlin, Steven D. Schwartz, Paul D. Wachter, Jefferies LLC, Cowen and Company, LLC, Piper Jaffray & Co., and William Blair & Company, L.L.C. (collectively, "Defendants" and together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report regarding the status of the global settlement (the "Settlement") of the above-captioned action (the "Action") and the action currently pending against Defendants in the San Mateo County Superior Court entitled *In re Avalanche Biotechnologies Shareholder Litigation*, Civ. 536488 (the "State Court Action").

As outlined below, the Settlement has been finally approved in the State Court Action and the Parties respectfully request that the Court dismiss the Action with prejudice.

I.  **Relevant Background**

On March 16, 2017, Beaver County Employees Retirement Fund ("State Court Plaintiff"), the plaintiff in the State Court Action, Defendants, and Plaintiffs reached an agreement in principle to settle this Action and the State Court Action, whereby Avalanche would cause a total of $13,000,000 to be paid to and split among the proposed classes in both actions in exchange for release of those classes' claims against Defendants.

On March 17, 2017, the Parties filed a Joint Notice of Settlement and Stipulation to inform the Court that the Settlement had been reached and to stay the proceedings in this Action pending documentation and approval of the Settlement. *See* ECF No. 144. On March 20, 2017, the Court issued an Order Conditionally Dismissing Case, providing that the Action would be dismissed unless one of the Parties certified to the Court by June 9, 2017 that the Settlement consideration had not been delivered by Defendants. *See* ECF No. 145. State Court Plaintiff and the Parties were still in the process of negotiating the terms of the Settlement in June 2017; thus, on June 8, 2017, Plaintiffs filed a certification that the Settlement consideration had not been delivered by Defendants (*see* ECF No. 146) and the Parties filed a joint Stipulation and Proposed Order to stay the proceedings in this Action pending further settlement negotiations (*see* ECF No. 147). On June 9, 2017, the Court

1  granted the order, which provided that the Parties would file a joint status report with the Court on or
2  before August 18, 2017.  *See* ECF No. 148.
3        On August 17, 2017, the Parties filed a Stipulation and Proposed Order notifying the Court
4  that the Stipulation and Agreement of Settlement had been signed by State Court Plaintiff, Plaintiffs,
5  and Defendants on August 3, 2017, and that State Court Plaintiff and Plaintiffs had moved for
6  preliminary approval of the Settlement in the State Court Action.  *See* ECF No. 149.  The Parties
7  requested that the Court continue to stay the Action provided that the Parties update the Court on the
8  status of the Settlement proceedings in the State Court Action either 7 days after entry of an order
9  denying preliminary approval of the Settlement, or 7 days after entry of an order granting or denying
10 final approval.  *Id.*  On August 21, 2017, the Court granted the Parties' request and continued to stay
11 the Action "pending settlement of the state action."  *See* ECF No. 150.

12 **II.    Status of the Settlement**

13       On September 7, 2017, the State Court granted preliminary approval of the Settlement and
14 directed State Court Plaintiff and Plaintiffs to provide notice of the Settlement to the Class.  As a
15 result of the notice program, no Class Member objected to the terms of the Settlement or Plan of
16 Allocation, and only two Class Members with nominal holdings opted out of the Settlement.
17       On November 13, 2017, State Court Plaintiff and Plaintiffs moved for final approval of the
18 Settlement in the State Court Action and for an award of attorneys' fees and expenses.  The State
19 Court held a final approval hearing on January 19, 2018, after which it entered an order granting
20 final approval of the Settlement.  The Judgment and Order Granting Final Approval of Class Action
21 Settlement is attached hereto as Exhibit A.
22       Accordingly, now that the Settlement has been finally approved in the State Court Action, the
23 Parties respectfully request that the Court dismiss the Action with prejudice.

24 Dated: January 24, 2018                Respectfully submitted,

26                                        By: /s/ *Richard W. Gonnello*
                                            Richard W. Gonnello

|   |   |
|---|---|
| 1 | Richard W. Gonnello (*pro hac vice*) |
| 2 | Katherine M. Lenahan (*pro hac vice*)<br>Megan M. Sullivan (*pro hac vice*)<br>**FARUQI & FARUQI, LLP** |
| 3 | 685 Third Avenue, 26th Floor<br>New York, NY 10017 |
| 4 | Telephone: 212-983-9330<br>Facsimile: 212-983-9331 |
| 5 | Email:  rgonnello@faruqilaw.com<br>            klenahan@faruqilaw.com |
| 6 |             msullivan@faruqilaw.com |
| 7 | Benjamin Heikali<br>**FARUQI & FARUQI, LLP** |
| 8 | 10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024 |
| 9 | Telephone: 424-256-2884<br>Facsimile: 424-256-2885 |
| 10 | Email: bheikali@faruqilaw.com |
| 11 | *Attorneys for Lead Plaintiff Arpan Bachhawat and Plaintiff Srikanth Koneru* |
| 12 | Dated: January 24, 2018        By: */s/ Charlene S. Shimada* |
| 13 |                                                      Charlene S. Shimada |
| 14 | Charlene S. Shimada |
| 15 | Lucy Wang<br>**MORGAN, LEWIS & BOCKIUS LLP** |
| 16 | One Market, Spear Street Tower<br>San Francisco, California 94105 |
| 17 | Telephone: 415-442-1000<br>Facsimile: 415-442-1001 |
| 18 | E-mail: charlene.shimada@morganlewis.com<br>              lucy.wang@morganlewis.com |
| 19 | *Attorneys for Defendants Jefferies LLC, Cowen and Company, LLC, Piper Jaffray & Co. and William Blair* |
| 20 | *& Company, L.L.C.* |
| 21 | Dated: January 24, 2018        By: */s/ Adam Kaplan* |
| 22 |                                                      Adam Kaplan |
| 23 | Robert L. Dell Angelo |
| 24 | Allison B. Stein<br>**MUNGER, TOLLES & OLSON LLP** |
| 25 | 350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071 |
| 26 | Telephone: 213-683-9100<br>Facsimile: 213-687-3702 |
| 27 | E-mail: robert.dellangelo@mto.com<br>              allison.stein@mto.com |
| 28 |   |

David H. Fry
Adam Kaplan
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: 415-512-4000
Facsimile: 415-512-4077
E-mail: david.fry@mto.com
adam.kaplan@mto.com

*Attorneys for Defendants Avalanche Biotechnologies, Inc., Thomas W. Chalberg, Jr., Linda C. Bain, Mark S. Blumenkranz, John P. McLaughlin, Steven D. Schwartz and Paul D. Wachter*

\* \* \*

Pursuant to Civil L.R. 5-1(i), I hereby attest that all signatories have concurred with this filing.

/s/ *Richard W. Gonnello*
Richard W. Gonnello